UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENT BROWN,

    Plaintiff,	Case No. 5:16-cv-12362
	Judge Judith Levy
v.	Magistrate Judge Anthony P. Patti

S. RIVARD, et al.,

    Defendants.
_____/

# ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION (DE 19)

Judge Levy has referred pretrial matters to me for resolution in this *pro se* prisoner civil rights case. (DE 6.) Pending now is Plaintiff's October 27, 2016 motion for additional time to respond to Defendants' motion for a more definite statement, which is based on the illegibility of portions of Plaintiff's Complaint. (DE 16.) Because Plaintiff is proceeding *pro se* and is purportedly required to hand write his pleadings in this action, the Court will leniently **GRANT** the motion without Defendants being required to file a response. Plaintiff shall respond to the motion for a more definite statement by December 8, 2016.[1]

**IT IS SO ORDERED.**

---

[1] Plaintiff asks for a twenty-four day extension on page one of his motion and a fourteen day extension on page eight of the motion. The Court has generously given Plaintiff a twenty-four day extension. However, Plaintiff is cautioned that the Court will not grant additional extensions of time to respond to the motion for a more definite statement.

1

Dated: November 1, 2016        s/Anthony P. Patti
                                                  Anthony P. Patti
                                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 1, 2016, electronically and/or by U.S. Mail.

                                                  s/Michael Williams
                                                  Case Manager for the
                                                  Honorable Anthony P. Patti