UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENT BROWN #210522,

                    Plaintiff                         Case No. 5:16-CV-12362
                                                      District Judge Judith Levy
v.                                                    Magistrate Judge Anthony P. Patti

STEVE RIVARD, MARK
McCULLICK, KATHLEEN
PARSONS, FORREST
WILLIAMS and STEPHEN
BARNES,

                    Defendants.
_____/

## ORDER GRANTING AS UNOPPOSED DEFENDANTS' MOTION TO TAKE PLAINTIFF'S DEPOSITION (DE 42)

Pending is Defendants' November 1, 2017 motion to depose *pro se* Plaintiff.

(DE 42.)  Permission of the Court to take the deposition is required under Fed. R.

Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated.  Plaintiff has not responded to

the motion and the time for doing so under LR 7.1 has expired.  The motion

therefore may be granted as unopposed.

Thus, upon the reading and filing of Defendants' Motion for Leave to Take

Plaintiff's Deposition Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and

otherwise, being fully advised in the premises; **IT IS HEREBY ORDERED** that

Defendants' Motion for Leave to Take Plaintiff's Deposition Pursuant to Federal

Rule of Civil Procedure 30(a)(2)(B) (DE 42) is **GRANTED AS UNOPPOSED**, and Defendants shall be permitted to take the deposition of the Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure.  The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: November 29, 2017         s/Anthony P. Patti
                                                     Anthony P. Patti
                                                     UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on November 29, 2017, electronically and/or by U.S. Mail.

                                                    s/Michael Williams
                                                    Case Manager for the
                                                    Honorable Anthony P. Patti