UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trent Brown,

                Plaintiff,        Case No. 16-12362

v.                                        Judith E. Levy
                                        United States District Judge
S. Rivard, M. Mullick, K. Parsons,
F. Williams, and S. Barnes,        Mag. Judge Anthony P. Patti

                Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [57], DENYING PLAINTIFF'S OBJECTIONS [62, 63], and DENYING PLAINTIFF'S [46] AND GRANTING DEFENDANT'S [49] MOTION FOR SUMMARY JUDGMENT**

Before the Court is Magistrate Judge's Report and Recommendation recommending the Court GRANT defendant's motion for summary judgment (Dkt. 49) and DENY plaintiff's motion for summary judgment. (Dkt. 46.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). Plaintiff filed objections to the Report and Recommendation, and to the Magistrate Judge's denial of his motion to compel and for enjoining restitution (Dkt. 58). (Dkts. 62, 63.) The Court

1

has nevertheless thoroughly reviewed the Report and Recommendation and order, and concurs in the reasoning and result of both. Accordingly, the Report and Recommendation (Dkt. 57) is ADOPTED; summary judgment is GRANTED in favor of Defendant Barnes, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: October 10, 2018           s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 10, 2018.

                                          s/Shawna Burns
                                          SHAWNA BURNS
                                          Case Manager